Rec# 6789
√#125
$ 6.17

# Gordon & Schaal, LLP
### Attorneys at Law

1039 Monroe Avenue
Rochester, New York 14620

Telephone (585) 244-1070
Facsimile (585) 244-1085

December 16, 2009

Clerk
United States Bankruptcy Court
1220 U.S. Courthouse
100 State Street
Rochester, New York 14614

    RE:   Boudinot, Tara
             Case No: 06-22043
             Chapter 7

Dear Sir/Madam:

Enclosed please find a check in the amount of $6.17 made payable to the U.S. Bankruptcy Court regarding the Estate of Boudinot for the following claims/administrative expenses:

| Claim Number | Creditor | Filed Amount | Paid Amount |
|---|---|---|---|
| # 5 | World Financial Network | $72.97 | $1.79 |
| 10 | Capital Recovery One | 85.98 | 2.11 |
| 11 | Capital Recovery One | 92.40 | 2.27 |

Should you have any questions or concerns, please do not hesitate to contact me.

Very truly yours,

s/ Kenneth W. Gordon
Kenneth W. Gordon
Chapter 7 Trustee

KWG/bep
Enclosure

[FILED DEC 17 2009 BANKRUPTCY COURT ROCHESTER, NY]